Wednesday

December 02, 2015

Case Number: 12-15-00065

FILED IN COURT OF APPEALS
12th Court of Appeals District

DEC 07 2015

TYLER TEXAS
PAM ESTES, CLERK

Dear Honorable Clerk:

I need to know the current statues of my Appeal. Is it still pending or has this court issued an opinion.

And also who exactly is my Appeal attorney I am confused.

Respectfully Submitted
Gayland Decloyce Williams
Gayland Decloyce Williams
T.D.C.J. # 825982
T.D.C.J. -ID Unit: Telford
3899 State Hwy 98
New Boston, Texas 75570

